UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL JASON WARE,        Case No. 2:10-CV-01517-KJN
Plaintiff(s)/Petitioner(s),

vs.        ORDER RE CONSENT
       OR REQUEST FOR REASSIGNMENT

ANTHONY HEDGEPETH, ET AL.,
Defendant(s)/Respondents(s).

**FILED** JUL - 2 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

C10-2865 SBA

RECEIVED JUL 2 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

This case was randomly assigned to Magistrate Judge Kendall J. Newman. Without the written consent of the parties presently appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 302.

Accordingly, within 30 days, the parties shall complete and return this form to the court.

IT IS SO ORDERED.

Dated: _____6/18/10_____        /s/ - Kendall J. Newman
       United States Magistrate Judge

FILED JUN 28 2010 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK

**IMPORTANT**: You must check and sign only one section of this form and return it to the Clerk's Office within 30 days. The complaint/petition will not be reviewed by the court until plaintiff/petitioner has signed and returned this form. Note: This form must be completed and returned regardless of the choice exercised by any other party.

☐    **CONSENT** TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

Date: _____        Signature: _____

       Print Name: _____
       ( ) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

☐    **DECLINE** OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE AND
       REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a United States District Judge.

Date: 6-22-10        Signature: Michael Ware
       Print Name: Michael Ware
       (X) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

*If counsel of record, list name of each party responding: _____

UNITE STATES DISTRICT COURT
EASTERN DISTRICT of CALIFORNIA

Michael Ware
Plaintiff
V.
Warden Anthony Hedgepeth
Defendant

CASE Number: 2:10-CV-01517 KJN

Proof of Service

I hereby Certify That on 6-22-10 I Served A Copy of The Attached: Decline of Magistrate Judge Assignment form, by placing A Copy in A postage paid envelope Addressed To The person(s) hereinafter Listed, by depositing said envelope in The United States Mail at Salinas Valley prison P.o box 1050 Soledad, CA 93960

Eastern District Court
501 1st STE 4-200
Sacramento, CA
95814

6-22-10

I, Declare Under penalty of perjury That The foregoing is True And Correct

Michael Ware

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:10-cv-01517-KJN
### Internal Use Only

(PC) Ware v. Hedgepeth et al
Assigned to: Magistrate Judge Kendall J. Newman
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/17/2010
Date Terminated: 06/25/2010
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Michael Jason Ware          represented by   Michael Jason Ware
                                             P-73517
                                             Salinas Valley State Prison
                                             SVSP
                                             P. O. Box 1050
                                             Soledad, CA 93960
                                             PRO SE

V.

**Defendant**

**Anthony Hedgepeth**
*Warden*

**Defendant**

**Ramone Haluche**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated JUN 28 2010

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2010 | 1 | PRISONER CIVIL RIGHTS COMPLAINT against all defendants by Michael Jason Ware. (Williams, D) (Entered: 06/18/2010) |
| 06/17/2010 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Michael Jason Ware. (Williams, D) (Entered: 06/18/2010) |
| 06/18/2010 | 3 | PRISONER NEW CASE DOCUMENTS and ORDER RE CONSENT ISSUED; Consent or Decline due by 7/21/2010 (Attachments: # 1 Order re Consent) (Williams, D) (Entered: 06/18/2010) |
| 06/18/2010 |  | SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Michael Jason Ware. (Williams, D) (Entered: 06/18/2010) |
| 06/25/2010 | 4 | ORDER signed by Magistrate Judge Kendall J. Newman on 6/24/10: This court has not ruled on plaintiff's request to proceed in forma pauperis. This matter is transferred to the United States District Court for the Northern District of California. Civil Case Terminated. CASE CLOSED. (Kaminski, H) (Entered: 06/25/2010) |
| 06/25/2010 |  | SERVICE BY MAIL: 4 Order, served on Michael Jason Ware. (Kaminski, H) (Entered: 06/25/2010) |
| 06/25/2010 | 5 | (Court only) REMARK: Case transferred electronically to Northern District of California. |

| | | |
|---|---|---|
| | | (TEXT ONLY ENTRY) (Waggoner, D) (Entered: 06/25/2010) |
| 06/30/2010 | ● | OTHER COURT CASE NUMBER from Northern District of California case number 4:10cv2865. (Robles, S) (Entered: 06/30/2010) |

049J62023891
$00.440
06/30/2010
Mailed From 95814
US POSTAGE

**UNITED STATES COURTS**
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA 501 I ST., STE 4-200
SACRAMENTO, CALIFORNIA 95814-2322

OFFICIAL BUSINESS



Clerk, Mr. Richard W. Wieking
United States District Court
Phillip Burton United States Courthouse
Box 36060/450 Golden Gate Avenue
San Francisco, CA  94102-3489

9410233485 0004

Case 4:10-cv-02865-SBA   Document 8   Filed 07/02/10   Page 6 of 6